# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–30791–lbr</u>

Chapter 7

In re: (Name of Debtor)
   ROBERT WEISS                                PATRICIA WEISS
   5855 VALLEY DRIVE #2067           5855 VALLEY DRIVE #2067
   NORTH LAS VEGAS, NV 89031     NORTH LAS VEGAS, NV 89031

Social Security No.:
   xxx–xx–5754                                      xxx–xx–0298

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 2/3/11                                        BY THE COURT

                                                              Mary A. Schott
                                                              Clerk of the Bankruptcy Court